RECEIVED

SEP 2 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Fancher, Ralph L., et al.

                    Plaintiff(s),

          v.

Service Corporation International, et al.

_____ Defendant(s). _____/

CASE NO.  C 05 3855

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

     W. Gordon Ball _____ ■, an active member in good standing of the bar of

Tennessee _____ ■, whose business address and telephone number is 550 W. Main Ave■

Suite 750, Knoxville, TN 37902  Telephone: (865) 525-7028 _____ ■, having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing ____ the above referenced plaintiffs ____ ■.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated 28 Sept 05

                              Bernard Zimmerman
                              United States Magistrate   Judge   ■