

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Fancher, Ralph L., et al.

        Plaintiff(s),

v.

Service Corporation International, et al.

        Defendant(s).

CASE NO. C 05 3855

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

W. Gordon Ball , an active member in good standing of the bar of Tennessee , whose business address and telephone number is 550 W. Main Ave, Suite 750, Knoxville, TN 37902 Telephone: (865) 525-7028 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the above referenced plaintiffs .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 28 Sept 05

Bernard Zimmerman
United States Magistrate Judge