1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  STEVEN G. TIDRICK (CA Bar No. 224760)
   1999 Harrison St., Suite 900
3  Oakland, CA 94612
   Telephone: (510) 874-1000
4  Facsimile: (510) 874-1460

5  Attorneys for Defendants
   HILLENBRAND INDUSTRIES, INC. and
6  BATESVILLE CASKET COMPANY, INC.

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11                                     No. C 05 03855

12  RALPH LEE FANCHER                 CLASS ACTION

13                     Plaintiff,       STIPULATION AND [PROPOSED] ORDER
                                       REGARDING TRANSFER OF VENUE
14  v.                                    UNDER 28 U.S.C. 1404(a)

15                                         Hearing Date: N/A

16  SERVICE CORPORATION         Hearing Time: N/A
   INTERNATIONAL, et al.
17                                       Magistrate Judge Bernard Zimmerman
                  Defendants.

1  WHEREAS, on September 23, 2005, the Honorable William H. Alsup for the United States District Court for the Northern District of California issued an Order (attached hereto as Exhibit A) transferring actions consolidated as *In re Funeral Consumers Antitrust Litigation* (No. C 05-01804 WHA) to the Southern District of Texas pursuant to 28 U.S.C. § 1404(a),

WHEREAS, on that same day, without knowledge of the transfer Order, Ralph L. Fancher filed this action in the Northern District of California naming the same defendants as, asserting similar claims to, and listing as Related Cases the actions transferred to the Southern District of Texas,

WHEREAS, it would conserve resources and further the interests of justice if this action were related to the transferred actions;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that this action should be transferred to the Southern District of Texas pursuant to 28 U.S.C. §1404(a), with the exception only of Aurora Casket Company which, not being a party to the actions already transferred, takes no position on where this action should be transferred, but agrees that the Northern District of California is not an appropriate forum.

DATED: October 10, 2005

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

*/s/ John F. Cove /ov*
JOHN F. COVE, JR. (CA Bar No. 212213)
STEVEN G. TIDRICK (CA Bar No. 224760)

Counsel for Hillenbrand Industries, Inc. and Batesville Casket Company, Inc.

1999 Harrison Street
Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
jcove@bsfllp.com
stidrick@bsfllp.com

RICHARD DRUBEL (*pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street

1

|  |  |
|---|---|
| | Hanover, NH 03755<br>Telephone:  (603) 643-9090<br>Facsimile:  (603) 643-9009<br>rdrubel@bsfllp.com |
| DATED: October 20, 2005 | BALL & SCOTT<br><br>*/s/ Gordon Ball*<br>GORDON BALL<br><br>550 W. Main Ave., Suite 750<br>Bank of America Center<br>Knoxville, TN 37902<br>Telephone:  (865) 525-7028<br>Fascimile:  (865) 525-4679<br>filings@ballandscott.com |
| DATED: October ___, 2005 | BRACEWELL & GIULIANI LLP<br><br>_____<br>J. CLIFFORD GUNTER, III<br>ANDREW EDISON<br><br>Counsel for Service Corporation International<br><br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>Telephone:  (713) 223-2300<br>Facsimile:  (713) 221-1212<br>clifford.gunter@bracewellgiuliani.com<br>andrew.edison@bracewellgiuliani.com |
| DATED: October ___, 2005 | IVERSON, YOAKUM, PAPIANO & HATCH<br><br>_____<br>MELISSA A. IMMEL<br><br>Counsel for Alderwoods Group, Inc.<br><br>One Wilshire Building, 27th Floor<br>624 South Grand Avenue<br>Los Angeles, CA 90017<br>Telephone:  (213) 624-7444<br>Facsimile:  (213) 629-4563<br>mimmel@iyph.com |

```
                                    Hanover, NH 03755
                                    Telephone:    (603) 643-9090
                                    Facsimile:    (603) 643-9009
                                    rdrubel@bsfllp.com


DATED: October ___, 2005            BALL & SCOTT



                                    _____
                                    GORDON BALL

                                    550 W. Main Ave., Suite 750
                                    Bank of America Center
                                    Knoxville, TN 37902
                                    Telephone:    (865) 525-7028
                                    Fascimile:    (865) 525-4679
                                    filings@ballandscott.com


DATED: October ___, 2005            BRACEWELL & GIULIANI LLP


                                    [signature]

                                    _____
                                    J. CLIFFORD GUNTER, III
                                    ANDREW EDISON

                                    Counsel for Service Corporation International

                                    711 Louisiana, Suite 2300
                                    Houston, TX 77002
                                    Telephone:    (713) 223-2300
                                    Facsimile:    (713) 221-1212
                                    clifford.gunter@bracewellgiuliani.com
                                    andrew.edison@bracewellgiuliani.com


DATED: October ___, 2005            IVERSON, YOAKUM, PAPIANO & HATCH



                                    _____
                                    MELISSA A. IMMEL

                                    Counsel for Alderwoods Group, Inc.

                                    One Wilshire Building, 27th Floor
                                    624 South Grand Avenue
                                    Los Angeles, CA 90017
                                    Telephone:    (213) 624-7444
                                    Facsimile:    (213) 629-4563
                                    mimmel@iyph.com
```

```
                                    Hanover, NH 03755
 1                                  Telephone:    (603) 643-9090
                                    Facsimile:    (603) 643-9009
 2                                  rdrubel@bsfllp.com

 3
     DATED: October ___, 2005       BALL & SCOTT
 4

 5
                                    _____
 6                                  GORDON BALL

 7                                  550 W. Main Ave., Suite 750
                                    Bank of America Center
 8                                  Knoxville, TN 37902
                                    Telephone:    (865) 525-7028
 9                                  Fascimile:    (865) 525-4679
                                    filings@ballandscott.com
10

11   DATED: October ___, 2005       BRACEWELL & GIULIANI LLP

12

13
                                    _____
14                                  J. CLIFFORD GUNTER, III
                                    ANDREW EDISON
15
                                    Counsel for Service Corporation International
16
                                    711 Louisiana, Suite 2300
17                                  Houston, TX 77002
                                    Telephone:    (713) 223-2300
18                                  Facsimile:    (713) 221-1212
                                    clifford.gunter@bracewellgiuliani.com
19                                  andrew.edison@bracewellgiuliani.com

20
     DATED: October 20, 2005        IVERSON, YOAKUM, PAPIANO & HATCH
21

22
                                    _____
23                                  MELISSA A. IMMEL
                                    JOHN M. GARRICK
24                                  Counsel for Alderwoods Group, Inc.

25                                  One Wilshire Building, 27th Floor
                                    624 South Grand Avenue
26                                  Los Angeles, CA 90017
                                    Telephone:    (213) 624-7444
27                                  Facsimile:    (213) 629-4563
                                    mimmel@iyph.com
28
                                         2
            STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF
               VENUE UNDER 28 U.S.C. 1404(a) – C 05 03855
```

| | | |
|---|---|---|
| 1 | DATED: October ___, 2005 | HOWREY LLP |
| 2 | | |
| 3 | | *Robert Gooding /snk*<br>ROBERT E. GOODING, JR. |
| 4 | | Counsel for Stewart Enterprises |
| 5 | | 2020 Main Street<br>Suite 1000 |
| 6 | | Irvine, CA 92614<br>Telephone:   (949) 721-6900 |
| 7 | | Facsimile:    (949) 721-6910<br>goodingr@howrey.com |
| 8 | | |
| 9 | DATED: October ___, 2005 | FROST BROWN TODD, LLP |
| 10 | | Counsel for Aurora Casket Company |
| 11 | | |
| 12 | | _____ |
| 13 | | DAVID C. OLSON<br>MATTHEW C. BLICKENSDERFER |
| 14 | | 2200 PNC Center |
| 15 | | 201 East Fifth Street<br>Cincinnati, OH 45202-4182 |
| 16 | | Telephone:   (513) 651-6800<br>Facsimile:    (513) 651-6981 |
| 17 | | |
| 18 | DATED: October ___, 2005 | REED SMITH, LLP |
| 19 | | Counsel for York Group, Inc. |
| 20 | | |
| 21 | | _____<br>DEBRA DERMODY |
| 22 | | JEREMY D. FEINSTEIN<br>JOSEPH P. POHL, III |
| 23 | | 435 Sixth Avenue |
| 24 | | Pittsburgh, PA 15219-1886<br>Telephone:    (412) 288-3131 |
| 25 | | |
| 26 | SO ORDERED: | |
| 27 | Dated: _____ | |
| 28 | | Bernard Zimmerman<br>United States Magistrate Judge |

3
STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF
VENUE UNDER 28 U.S.C. 1404(a) – C 05 03855

| | | |
|---|---|---|
| 1 | DATED: October ___, 2005 | HOWREY LLP |
| 2 | | |
| 3 | | _____ |
| | | ROBERT E. GOODING, JR. |
| 4 | | Counsel for Stewart Enterprises |
| 5 | | 2020 Main Street |
| | | Suite 1000 |
| 6 | | Irvine, CA 92614 |
| 7 | | Telephone: (949) 721-6900 |
| | | Facsimile: (949) 721-6910 |
| 8 | | goodingr@howrey.com |
| 9 | DATED: October 18, 2005 | FRALEY & ASSOCIATES |
| 10 | | Counsel for Aurora Casket Company |
| 11 | | |
| 12 | | *[signature]* |
| | | FRANKLIN R. FRALEY, JR. |
| 13 | | 31st Flr. |
| 14 | | 555 W. 5th St. |
| | | Los Angeles CA 90013 |
| 15 | | Tel 213/996-8404 |
| | | Fax 213/996-8367 |
| 16 | | ffraley@fraleylaw.com |
| 17 | | |
| 18 | DATED: October ___, 2005 | REED SMITH, LLP |
| | | Counsel for York Group, Inc. |
| 19 | | |
| 20 | | |
| 21 | | _____ |
| | | DEBRA DERMODY |
| 22 | | JEREMY D. FEINSTEIN |
| | | JOSEPH P. POHL, III |
| 23 | | 435 Sixth Avenue |
| 24 | | Pittsburgh, PA 15219-1886 |
| | | Telephone: (412) 288-3131 |
| 25 | | |
| 26 | SO ORDERED: | |
| 27 | Dated: _____ | _____ |
| | | Bernard Zimmerman |
| 28 | | United States Magistrate Judge |

3

STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF
VENUE UNDER 28 U.S.C. 1404(a) – C 05 03855

| | | |
|---|---|---|
| 1 | DATED: October ___, 2005 | HOWREY LLP |
| 2 | | |
| 3 | | ROBERT E. GOODING, JR. |
| 4 | | Counsel for Stewart Enterprises |
| 5 | | 2020 Main Street<br>Suite 1000 |
| 6 | | Irvine, CA 92614<br>Telephone:   (949) 721-6900 |
| 7 | | Facsimile:   (949) 721-6910<br>goodingr@howrey.com |
| 8 | | |
| 9 | DATED: October ___, 2005 | FROST BROWN TODD, LLP |
| 10 | | Counsel for Aurora Casket Company |
| 11 | | |
| 12 | | |
| 13 | | DAVID C. OLSON<br>MATTHEW C. BLICKENSDERFER |
| 14 | | 2200 PNC Center |
| 15 | | 201 East Fifth Street<br>Cincinnati, OH 45202-4182 |
| 16 | | Telephone:   (513) 651-6800<br>Facsimile:    (513) 651-6981 |
| 17 | | |
| 18 | DATED: October 18, 2005 | REED SMITH, LLP |
| 19 | | Counsel for York Group, Inc. |
| 20 | | |
| 21 | | *[signature]*<br>DEBRA DERMODY |
| 22 | | JEREMY D. FEINSTEIN<br>JOSEPH P. POHL, III |
| 23 | | 435 Sixth Avenue |
| 24 | | Pittsburgh, PA 15219-1886<br>Telephone:   (412) 288-3131 |
| 25 | | |
| 26 | SO ORDERED: | |
| 27 | Dated: October 24, 2005 | _____<br>Bernard Zimmerman |
| 28 | | United States Magistrate Judge |

**IT IS SO ORDERED**
*[signature]*
Judge Bernard Zimmerman

*[Seal: United States District Court, Northern District of California]*

3

STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF
VENUE UNDER 28 U.S.C. 1404(a) – C 05 03855